**Motion Granted and Abatement Order filed November 1, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00137-CV
_____

**PLAZA CENTER LLC, Appellant**

**V.**

**LITTLE GREEN APPLES INC., Appellee**

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1102869**

## ABATEMENT ORDER

On October 29, the parties filed a joint motion to abate this appeal. The motion states the parties are engaged in settlement discussions and believe this matter may be resolved. They ask that the appeal be abated to allow time for settlement. The motion is **GRANTED**. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **January 4, 2019**. The appeal will be reinstated on this court's

active docket at that time, or when the parties file a motion to reinstate or motion dismiss the appeal. The court may reinstate the appeal on its own motion.


PER CURIAM